## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## Newark Vicinage

| | |
|---|---|
| **VALERIE CHAVEZ**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>-v.-<br><br>**PROFESSIONAL CLAIMS BUREAU, INC.**,<br><br>                    Defendant. | **Civil Action No.:**<br>**2:21-cv-10183-BRM-MAH**<br><br>**CLASS ACTION** |

## DISCLOSURE STATEMENT FORM

The undersigned counsel for <u>PROFESSIONAL CLAIMS BUREAU</u>, certifies that it is a non-governmental, foreign corporation and that:

☒    This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

   Professional Claims Bureau, Inc., is a privately-held company that has no publicly-traded parent corporation.

**OR**

☐    This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock

<u>June 5, 2021</u>            By:    <u>/s/ *Andrew M. Schwartz*</u>
                                           ANDREW M. SCHWARTZ
                                           Attorney for Defendant, Professional
                                           Claims Bureau, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing to counsel of record.

/s/ *Andrew M. Schwartz*
Andrew M. Schwartz
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
☎ (215) 717-4023
🖨 (215) 693-6650
✉ Amschwartz@grsm.com
